UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FANNIE E. BROWN,** : | |
| : | |
| Plaintiff : | |
| : | Civil Action No. 14-1019 (RDM) |
| v. : | |
| : | |
| **HOWARD UNIVERSITY HOSPITAL,** : | |
| : | |
| Defendant. : | |

**PLAINTIFF'S PROPOSED JURY INSTRUCTION ON AGENCY**

      One party in this case is Howard University.  As an incorporated educational institution, Howard University can only act through individuals who are its employees or other agents.  Therefore, if an employee or agent of Howard University acts or makes statements while performing his or her responsibilities or duties as a Howard University employee or agent, then under the law those acts and statements are those of the Howard University and Howard University is responsible for any damages its employee or agent may have caused.

Source:  Standardized Civil Jury Instructions for the District of Columbia, 4.05; Devitt, Blackmar & Wolff, *Federal Jury Practice and Instructions*, § 80.16 (4th ed. 1987), as modified.

**PLAINITFF'S PROPOSED JURY INSTRUCTION ON FILING WITH THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

  Before filing a lawsuit an employee who believes he or she has been the victim of discrimination is required to exhaust her administrative remedies by filing with the Equal Employment Opportunity Commission ("EEOC"). You are not to speculate on the outcome of the EEOC's administrative proceedings. What occurred at the EEOC is not probative evidence here. However, you the jury may consider statements made by either the Plaintiff or the Defendant to the EEOC to establish facts relevant to this case, or in determining the credibility of the parties.

                 Respectfully submitted,

| | |
|---|---|
| ___/s/ *Daniel Kozma*_____ | _____ */s/ Morris Fischer*_____ |
| Daniel S. Kozma (DC Bar # 940874) | Morris E. Fischer (DC Bar # 490369) |
| Law Office of Daniel S. Kozma | 1400 Spring Street |
| Suite 700 | Suite 350 |
| 2120 L Street, NW | Silver Spring, Maryland 20910 |
| Washington, DC 20037 | (301) 328-7631 (phone) |
| (202) 969-2223 (phone) | (301) 328-7638 (fax) |
| (202) 822-3339 (fax) | morris@mfischerlaw.com |
| dkozlaw@aol.com | |

Attorneys for the Plaintiff, Fannie E. Brown