Fannie Brown                VS.              Civil/Criminal No. 14-1019 (RDM)

Government ☐
Plaintiff ✓
Defendant ☐
Joint ☐
Court ☐

Howard University

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | HU Position Description, Director GME | | 8/9/16 | Dr. Fannie Brown | 8/11/16 |
| 2 | Hiring letter to Brown | | 8/9/16 | Dr. Fannie Brown | |
| 3 | Email, Sealy to Frederick | | 8/10/16 | Dr. Peter Sealy | |
| 4 | Email, Brown to Sealy | | 8/9/16 | Dr. Fannie Brown | |
| 5 | Email, Brown to many re: GME retreat | | 8/9/16 | Dr. Fannie Brown | |
| 6 | Email, Brown to Sealy | | 8/9/16 | Dr. Fannie Brown | |
| 7 | Brown, forwarded email to Sealy | | 8/9/16 | Dr. Fannie Brown | |
| 8 | Email, Brown to Sealy and Jennings | | 8/9/16 | Dr. Fannie Brown | |
| 9 | Email string, Brown to Sealy, re resident GMEC meal cards | | 8/9/16 | Dr. Fannie Brown | ✓ |
| 10 | Emails, Brown, Sealy, Newton re: New Meal Card Policy | | 8/9/16 | Dr. Fannie Brown | |

Fannie Brown

VS.

Howard University

Civil/Criminal No. 14-1019 (RDM)

Government ☐
Plaintiff ✓
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Email Brown to many re: Free Audio Program | | 8/9/16 | Dr. Fannie Brown | 8/11/16 |
| 12 | Email Brown to Sealy, Medical Training License policy | | 8/9/16 | Dr. Fannie Brown | |
| 13 | Email Brown to Sealy, re: Medical Executive Committee meeting for Sealy | | 8/9/16 | Dr. Fannie Brown | |
| 14 | Email Brown to Sealy, follow up to MEC meeting | | 8/9/16 | Dr. Fannie Brown | |
| 15 | Email Brown to Sealy, agenda for GMEC subcommittee meeting | | 8/9/16 | Dr. Fannie Brown | |
| 16 | Email Brown to Sealy, GME policies for Disciplinary actions | | 8/9/16 | Dr. Fannie Brown | ✓ |
| 17 | Brown's termination letter, with Release Agreement | | | | |
| 18 | Email Brown to Sealy | | 8/9/16 | Dr. Fannie Brown | 8/11/16 |
| 19 | Brown resume. | | 8/9/16 | Dr. Fannie Brown | 8/11/16 |
| 20 | Email Crittle to Brown | | | | |

Government ☐
Plaintiff ☑
Defendant ☐
Joint ☐
Court ☐

Fannie Brown _____ VS. _____ Howard University _____   Civil/Criminal No. 14-1019 (RDM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | Email, Sealy to Crittle | | 8/10/16 | Dr. Peter Sealy | 8/11/16 |
| 22 | Email Crittle to Brown | | 8/9/16 | Triza Crittle | |
| 23 | Thompson resume | | 8/10/16 | Alonda Thompson | |
| 24 | Email Thompson to Crittle | | 8/9/16 | Triza Crittle | |
| 25 | Thompson In-House Employment Application | | 8/10/16 | Alonda Thompson | |
| 26 | EEOC Notice to HU, Response due 8.27.13 | | 8/9/16 | Dr. Fannie Brown | |
| 27 | HU posting for position of GME Administrator and Development Manager | | 8/9/16 | Dr. Fannie Brown | |
| 28 | HU Request extension of time to submit Position Stmt | | 8/9/16 | Dr. Fannie Brown | |
| 29 | HU letter, Thompson hired GME Administrator and Development Mgr. | | 8/10/16 | Alonda Thompson | |
| 30 | HU Position Statement to EEOC, with 4 attachments | | 8/9/16 | Dr. Fannie Brown | ✓ |

Government ☐
Plaintiff ✓
Defendant ☐
Joint ☐
Court ☐

Fannie Brown vs. Howard University

Civil/Criminal No. 14-1019 (RDM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 31 | Email, Sealy to Thompson | | | | |
| 32 | HU Answers to Interrogatories | | | | |
| 33 | Thompson pay adjustment | | | Dr. Peter Sealy | |
| 34 | Accreditation Council for Graduate Medical Education Glossary of Terms | | 8/9/16 | Alonda Thompson | |
| 35 | Job postings | | | Dr. Fannie Brown | 8/11/16 |
| 36 | Brown tax return for 2013 | | | | |
| 37 | Time Line Demonstrative Exhibit | | | | |
| | | | | | |
| | | | | | |