Brown, Fannie E.
VS.
Howard University

Civil/Criminal No. 14-1019 (RDM)

- [ ] Government
- [ ] Plaintiff
- [✓] Defendant
- [ ] Joint
- [ ] Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Position Description, Director of Graduate Medical Education ("GME") | | 8/10/16 | Dr. Robin Newton | 8/11/16 |
| 2 | Position Description, GME Administrator and Development Manager | | 8/10/16 | Alonda Thompson | 8/11/16 |
| 3 | Withdrawn | | | | |
| 4 | Announcement for GME Administrator and Development Manager | | | | |
| 5 | Transition Plan for Designated Institutional Officer | | 8/10/16 | Alonda Thompson | 8/11/16 |
| 6 | August 9, 2012 Offer Letter to Peter Sealy, M.D. | | 8/11/16 | | 8/11/16 |
| 7 | Alonda Thompson Offer Letter | | 8/10/16 | Alonda Thompson | 8/11/16 |
| 8 | Alonda Thompson Personnel Action Form | | | | |
| 9 | Alonda Thompson Retro Pay Memorandum (two pages) | | | | |
| 10 | Alonda Thompson Curriculum Vitae | | | | |

Brown, Fannie E. VS. Howard University    Civil/Criminal No. 14-1019 (RDM)

Government ☐
Plaintiff ☐
Defendant ✓
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Plaintiff's Offer Letter | | | | |
| 12 | Curriculum Vitae of Plaintiff | | | | |
| 13 | Equal Employment Opportunity Commission Questionnaire (redacted) | | | | |
| 14 | Equal Employment Opportunity Commission Findings notice | | | | |
| 15 | Howard University Equal Opportunity Policy | | 8/10/16 | Dr. Peter Sealy | 8/11/16 |
| 16 | December 6, 2012 Termination letter | | 8/9/16 | Dr. Fannie Brown | |
| 17 | January 28, 2013 electronic mail to Plaintiff from Triza Marsh-Cattle | | 8/9/16 | Triza Cittle | |
| 18 | Equal Employment Opportunity Commission Memorandum Recommendation for Closure | | | | |
| 19 | December 6, 2012 email from Plaintiff to Dr. Sealy re: termination | | | | |
| 20 | December 3, 2012 email from Plaintiff to Dr. Sealy re: agenda | | | | |

Brown, Fannie E. vs. Howard University    Civil/Criminal No. 14-1019 (RDM)

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | November 13, 2012 email from Plaintiff to Dr. Sealy re: MEC meeting | | | | |
| 22 | November 7, 2012 email from Plaintiff to Dr. Sealy re: change in title | | | | |
| 23 | September 6, 2012 email re: GME retreat | | | | |
| 24 | September 19, 2012 email re: curriculum vitae | | | | |
| 25 | October 22, 2012 email re: audio program | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |