CO 109A - Rev 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**AUG 1 1 2016**

Clerk, U.S. District and
Bankruptcy Courts

FANNIE E. BROWN )
)
)
vs. ) Civil/Criminal No.: 14cv1019 (RDM)
)
HOWARD UNIVERSITY )
)

## NOTE FROM JURY

The jury has reached a verdict

Date: August 11, 2016

Time: 3:11pm

FOREPERSON