UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 1 1 2016
Clerk, U.S. District and
Bankruptcy Courts

FANNIE E. BROWN,

    *Plaintiff*,

v.

    Civil Action No. 14-1019 (RDM)

HOWARD UNIVERSITY,

    *Defendant*.

## VERDICT FORM

1. Has Fannie Brown proven by a preponderance of the evidence that Howard University discharged her from employment?

   Yes ✓  No ___

2. Has Fannie Brown proven by a preponderance of the evidence that she was 40 years old or older at the time she was discharged?

   Yes ✓  No ___

3. Has Fannie Brown proven by a preponderance of the evidence that she was discharged as an employee of Howard University because of her age?

   Yes ___  No ✓

If you answered "no," to any of the preceding questions, proceed no further. If you answered "yes" to all three questions, proceed to the next question.

4. What damages do you award Fannie Brown to compensate her for lost pay and/or benefits?

   $ _____

Proceed to the next question.

5. Has Fannie Brown proven that Howard University willfully violated federal law by discriminating against her on the basis of her age?

    Yes ___  No ___


    Signature of Foreperson: _____

    Date: _August 11, 2016_