Civil Judgment (Rev. DC 03/10)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

FANNIE E. BROWN

Plaintiff(s)

v.

HOWARD UNIVERSITY

Defendant(s)

Civil Action No. 14cv1019 (RDM)

## JUDGMENT ON THE VERDICT
### FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable Randolph D. Moss, Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

FANNIE E. BROWN

take nothing on the complaint against the defendant(s):

HOWARD UNIVERSITY

and that the said defendant(s) have and recover costs from the said plaintiff(s).

ANGELA D. CAESAR, Clerk

Dated: 8/12/2016

By: Kristin Thompson
Deputy Clerk